IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARY KOERNER, on behalf of herself and all others similarly situated, | * |
| | * |
| Plaintiff, | Case No. 5:24-CV-83 (TES) |
| v. | * |
| MERCER UNIVERSITY, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 21, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 24th day of June, 2024.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk